**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America PLAINTIFF(S)
v.
Jason Michael Wood
DEFENDANT(S).

CASE NUMBER
ED 09-0168M

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

FILED 2009 AUG 11 AM 10: 24 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

The above-named defendant was charged by: Joseph G. Scoville
in the Western District of Michigan on 7/28/09
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about March and September 2008
in violation of Title 18 U.S.C., Section(s) 2422(b), 1470, 2423(b), 2251(a)
to wit: enticing a minor for sex, production of child porn, travel for sex with minor

A warrant for defendant's arrest was issued by: Western District of Michigan

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on 8/11/09, by
___J. Murray___, Deputy Clerk.

Signature of Agent

Jeffrey T. Stiff
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (05/98)                AFFIDAVIT RE OUT-OF-DISTRICT WARRANT