No Int. Needed

2009 AUG 11 AM 10: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF | ED 09 - 0168 M |
| v. | |
| Jason Michael Wood | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest _____ ☐ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   Title 18, U.S.C., Sections
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth: 1978
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: _____
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Merredith Monroe
11. Remarks (if any): _____

12. Date: 8/11/09
13. Signature: [signature]
14. Name: Jeffrey I. Stiff
15. Title: Special Agent, FBI

CR-64 (01/09)   REPORT COMMENCING CRIMINAL ACTION