# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

V.

JASON MICHAEL WOOD

**ED09-0168M**

WARRANT FOR ARREST

1:09-cr-215

CASE NUMBER: Robert Holmes Bell
U.S. District Judge

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ___Jason Michael Wood___
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment ___ Information ___ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him or her with (brief description of offense)

enticing a minor to engage in criminal sexual activity, transfer of obscene material to a minor, travel with intent to engage in illicit sexual conduct with a minor, sexual exploitation of a minor, production of child pornography

in violation of Title 18, United States Code, Section(s) 2422(b), 1470, 2423(b), and 2251(a)

JOSEPH G. SCOVILLE
Name of Issuing Officer

Magistrate Judge
Title of issuing Officer

Signature of Issuing Officer

7/28/09    Grand Rapids, Michigan
Date and Location

(By) Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: Jason Michael Wood

ALIAS: _____

LAST KNOWN RESIDENCE: 15748 Willow Run Drive, Chino Hills, CA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: ____3/10/78_____

SOCIAL SECURITY NUMBER _____

HEIGHT: ____6'1"_____ WEIGHT: _____195_____

SEX: _____M_____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY/AGENT/AUSA: FBI/ Adam VanDeuren / Nils Kessler

_____

_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JASON MICHAEL WOOD,

        Defendant.
_____/

No.

Hon.

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Enticing Minor to Engage in Criminal Sexual Activity)

Beginning on a date unknown to the grand jury but in or around 2007, and continuing to on or about September 23, 2008, in Allegan County, in the Western District of Michigan, Southern Division,

### JASON MICHAEL WOOD

using a facility of interstate or foreign commerce, knowingly persuaded, induced or enticed Minor A, an individual who had not attained the age of 18 years, to engage in sexual activity for which he could be charged with a criminal offense under Michigan or federal law.

Specifically, Defendant used the Internet and a cellular telephone to communicate with Minor A, a 15 year-old, to persuade, induce, or entice Minor A to engage in sexual penetration, which constitutes the felony of Third Degree Criminal Sexual Conduct under Michigan law.

18 U.S.C. § 2422(b)
MCL § 750.520d(1)(a)

1

## COUNT 2
(Transfer of Obscene Material to a Minor)

Between on or about April 14, 2007 and on or about February 13, 2008, in Allegan County, in the Western District of Michigan, Southern Division,

### JASON MICHAEL WOOD

did, by means of interstate commerce, knowingly transfer obscene matter to Minor A, an individual who had not attained the age of 16 years, knowing that Minor A had not attained the age of 16 years.

18 U.S.C. § 1470

## COUNT 3
(Travel With Intent to Engage in Illicit Sexual Conduct with a Minor)

On or about March 24, 2008, in the Western District of Michigan, Southern Division,

### JASON MICHAEL WOOD

did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a person less than 18 years of age. Specifically, Defendant traveled from California to Michigan for the purpose of engaging in a sexual act with Minor A, who was 15 years old at the time.

18 U.S.C. § 2423(b)
18 U.S.C. § 2423(f)
18 U.S.C. § 2246

## COUNT 5
(Sexual Exploitation of a Child – Production of Child Pornography)

Between on or about September 23, 2008 and on or about September 26, 2008, in Allegan County, in the Western District of Michigan, Southern Division,

## JASON MICHAEL WOOD

used, persuaded, induced, and enticed a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and which were produced using materials which had been shipped or transported in interstate or foreign commerce.

Specifically, the defendant caused Minor A, who was 16 years old at the time, to engage in sexually explicit conduct, including but not limited to genital-genital and oral-genital intercourse with the defendant. The defendant produced, and aided and abetted the production of, digital images of the sexually explicit conduct using the camera of an LG cellular telephone that was manufactured outside of the State of Michigan and had been mailed by the defendant from California to Michigan.

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2256(2)(A)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney